ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| JOSÉ L. MOLINA CARRIÓN<br><br>Recurrido<br><br>v.<br><br>PUEBLO, INC. Y OTROS<br><br>Peticionarios | TA2025CE00207 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br><br>Caso Núm.:<br>FA2025CV00393<br><br>Sobre: Acoso Laboral |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto y el Juez Campos Pérez

Campos Pérez, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 2 de septiembre de 2025.

Comparecen unitariamente los litigantes del título, por conducto de sus respectivas representaciones legales. Presentaron el 29 de agosto de 2025 un escrito judicial intitulado *Moción conjunta de desistimiento voluntario con perjuicio*. Anejaron a la petición la *Moción informando acuerdo transaccional confidencial* que ambas partes instaron ante el Tribunal de Primera Instancia el día anterior. En esencia, indicaron que las partes llegaron a un acuerdo confidencial extrajudicial, el cual finiquita todas las controversias del pleito.

Por virtud de lo anterior, los comparecientes solicitaron el desistimiento voluntario con perjuicio del recurso de *certiorari* presentado por Pueblo, Inc. ante este foro intermedio el 28 de julio de 2025. Atendida la petición, declaramos la misma *Ha Lugar*, al amparo de la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 115, 215 DPR __ (2025).

En consecuencia, ordenamos el cierre y archivo del presente caso.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones